# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZLATAN AVDIC, MICHAEL PICCINI, and TRAVIS STOFFER, | Civil Division |
| Plaintiffs, | No. 2:22-cv-778 |
| v. | Judge Stickman |
| FORWARD TOWNSHIP; THOMAS DEROSA, Forward Township Chairman Supervisor, in his individual capacity; DAVID MAGISKE, Forward Township Supervisor, in his individual capacity; and RONALD SKRINJORICH, Forward Township Supervisor, in his individual capacity, | |
| Defendants. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs. Zlatan Avdic, Michael Piccini and Travis Stoffer. and Defendant, Forward Township, that the above-captioned action is voluntarily dismissed, with prejudice, and with each party to bear its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:  December 20, 2022                                          Respectfully submitted,

/s/ John E. Black, III                                                         /s/ Charles H. Saul
John E. Black, III                                                             Charles H. Saul
Pa.I.D. No. 83727                                                            Pa.I.D. No. 19938
Edgar Snyder & Associates                                           Kyle T. McGee
U.S. Steel Tower, 10th Floor                                          Pa.I.D. No. 205661
600 Grant Street                                                              Margolis Edelstein
Pittsburgh, PA  15219                                                    Henry W. Oliver Building
(412) 394-4446                                                               535 Smithfield Street, Suite 1100
jblack@edgarsnyder.com                                             Pittsburgh, PA  15222
                                                                                          (4512) 355-4961
Counsel for Plaintiffs                                                     csaul@margolisedelstein.com
                                                                                          kmcgee@margolisedelstein.com

                                                                                          Counsel for Defendant